882

Chester L. OUGHTON

v.

UNITED STATES of America.

No. 6566.

United States Court of Appeals
Tenth Circuit.

Jan. 5, 1961.

Julie M. Reardon, Denver, Colo., for appellant.

Wilbur G. Leonard, U. S. Atty., Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.

Franklin O'Neal BUTLER, alias Wilbur
Carl Sweeten,

v.

Clarence O. HURT, Sheriff of Pittsburg
County, Oklahoma.

No. 6576.

United States Court of Appeals
Tenth Circuit.

Jan. 6, 1961.

Robert M. Kelly, Denver, Colo., for appellant.

Owen J. Watts, Asst. Atty. Gen., State of Oklahoma, for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Dismissed on ground appeal was moot.

Willie Mae LANE,

v.

E. G. FITZGERALD.

No. 6637.

United States Court of Appeals
Tenth Circuit.

Jan. 10, 1961.

George & George, Ardmore, Okl., for appellant.

W. J. Williams, Ardmore, Okl., for appellee.

Before MURRAH, Chief Judge, and PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Docketed and dismissed on motion of appellee, counsel for appellant consenting thereto.

Raleigh Goldridge ERVIN

v.

UNITED STATES of America.

No. 6638.

United States Court of Appeals
Tenth Circuit.

Jan. 24, 1961.

Carroll Samara, Oklahoma City, Okl., for appellant.

Paul W. Cress, U. S. Atty., and Jack R. Parr, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BREITENSTEIN, Circuit Judge, and ARRAJ, District Judge.

PER CURIAM.

Appeal dismissed January 24, 1961, on motion of appellant.